Date: 01/18/11                                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-31215 - VENTURA, FLOR

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| INTERSTATE POWER & LIGHT COMPANY<br>A WHOLLY-OWNED SUBSIDARY OF<br>ALLIANT ENER<br>300 SHERIDAN AVE<br>CENTERVILLE IA 52544 | 000004 | 80.38 | 1.99 |
| ---------- Remittance Total ---------- | | 80.38 | 1.99 |

MICHAEL J. IANNACONE, Trustee

COURT1                                                                                    Printed: 01/18/11 09:36 AM    Ver: 16.01c